# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:07-CR-481-RDP-JEO |
| **DAVID LEE HARDIN,** | } |
| **Defendant.** | } |

## MEMORANDUM OPINION AND ORDER

This matter is before the court following Defendant's mental evaluation by Dr. Kimberley Ackerson to determine the mental competency of Defendant to stand trial and to determine whether there is any evidence that Defendant was suffering from some mental disease or defect at the time of the alleged offense.  (Doc. #18 (Sealed)).  The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (Doc. #19) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, the court finds Defendant Hardin is competent to stand trial.

**DONE** and **ORDERED** this ____26th____ day of February, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE